UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MORGE, DEBRA | ) | CASE NO. 04 B 40809 |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

Social Security/Employer Tax ID Number:   XXX-XX-7703

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. BANKRUPTCY COURT, 219 S. DEARBORN, COURTROOM 744, CHICAGO, IL

   On: **May 13, 2008**                          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $5,003.56 |
   | Disbursements | $7.20 |
   | Net Cash Available for Distribution | $4,996.36 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Phillip D. Levey<br>Trustee | $0.00 | $1,250.36 | $47.90 |
   | Phillip D. Levey<br>Attorney For Trustee | $0.00 | $2,825.00[*] | $0.00 |

5. Applications for Chapter 13 and/or 11fees and administrative expenses have been filed as follows:  None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

---

[*] Trustee's counsel has voluntarily reduced his request for fees herein by $1,427.50 (i.e. a reduction of 34%).

Allowed priority claims are:  None.

7. Claims of general unsecured creditors totaling $1,039.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 83.96%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Verizon Wireless Midwest | $1,039.93 | $873.10 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $5.00 |
| Household Furnishings | $200.00 |
| Wearing Apparel | $100.00 |
| Jewelry | $50.00 |
| 1995 Dodge Van | $1,000.00 |
| Checking Account | $100.00 |

Dated: **March 24, 2008**          For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:      Phillip D. Levey
Address:      2722 North Racine Avenue
              Chicago, IL  60614
Phone No.:    (773) 348-9682

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1          User: amcc7                Page 1 of 1            Date Rcvd: Mar 24, 2008
Case: 04-40809                Form ID: pdf002            Total Served: 14

The following entities were served by first class mail on Mar 26, 2008.
db          +Debra Morge,   9410 Clifton Park,   Evergreen Park, IL 60805-2113
tr          +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
8656228     +Arrow Financial Services,   8589 Aero Drive 600,   San Diego, CA 92123-1722
8656229     +Bank of America,   1825 East Buckeye Road,   Phoenix, AZ 85034-4216
8656230      Barados Pizza,   95th Lawndale,   Evergreen Park, IL  60805
8656226     +Beneficial/HFC,   9600 Cicero,   Oak Lawn, IL 60453-3102
8656231      Christ Hosital,   95th Street,   Oak Lawn, IL
8656227     +Cole Taylor Bank,   P O Box 88483,   Chicago, IL 60680-1483
8656232     +Home Shopping Club,   P O Box 981064,   El Paso, TX 79998-1064
8656233     +Montgomery Ward,   c/o Philip Delk, Legal Division,   535 W. Chicago Ave,
              Chicago, IL 60610-2932
8656235     +Sears,   13200 Smith Road,   Cleveland, OH 44130-7856
8656236     +Service Merch,   P O Box 29216,   Shawnee Mission, KS 66201-9216

The following entities were served by electronic transmission on Mar 25, 2008.
8656237     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 25 2008 02:13:23    Verizon Wireless,
              Recover Dept,   1515 Woodfield Road, Suite 1400,   Schaumburg, IL 60173-5443
9457784     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 25 2008 02:14:07
              Verizon Wirless Midwest,   AFNI Verizon Wirless,   404 Brock Drive,   Bloomington IL 61701-2654
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8656234      North Palos Fire Dept,   106 Roberts Road,   Palos, IL
                                                                                          TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2008**         **Signature:** _Joseph Speetjens_