IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DEBRA MORGE. | ) | CASE NO. 04 B 40809 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE EUGENE R. WEDOFF
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 9-4-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MORGE, DEBRA | ) | CASE NO. 04 B 40809 |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,250.36 |
| 2. | Trustee's expenses | $47.90 |
| | TOTAL | $1,298.26 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
    a. Chapter 7 Compensation      $2,825.00
    b. Chapter 7 Expenses          $0.00
    c. Chapter 11 Compensation     $0.00
    d. Chapter 11 Expenses         $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

**ENTERED**

ENTER:

MAY 1 3 2008

CAROL A. DOYLE
BANKRUPTCY JUDGE

_____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MORGE, DEBRA | ) | CASE NO. 04 B 40809 |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

### DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $4,123.26 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $876.74 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $5,000.00 |

EXHIBIT D

FINAL DISTRIBUTION

| Case Number: 04-40809  EW | | | | Page 1 | | | Date: May 13, 2008 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: MORGE, DEBRA | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Beginning Balance | | | | | | | | $5,000.00 |
| | Claim Type - | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | | $1,250.36 *<br>$1,250.36 | $0.00 | $1,250.36 | $1,250.36 | $3,749.64 |
| | | | | Percent Paid: 100.00000 % | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | | $47.90 *<br>$47.90 | $0.00 | $47.90 | $47.90 | $3,701.74 |
| | | | | Percent Paid: 100.00000 % | | | | |
| | Subtotal For Claim Type | | | $1,298.26 *<br>$1,298.26 | $0.00 | $1,298.26 | $1,298.26 | |
| | Claim Type 3110-00 - Attorney for Trustee Fees | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $2,825.00 *<br>$2,825.00 | $0.00 | $2,825.00 | $2,825.00 | $876.74 |
| | | | | Percent Paid: 100.00000 % | | | | |
| | Subtotal For Claim Type 3110-00 | | | $2,825.00 *<br>$2,825.00 | $0.00 | $2,825.00 | $2,825.00 | |
| Subtotals For Class Administrative   100.00000 % | | | | $4,123.26 *<br>$4,123.26 | $0.00 | $4,123.26 | $4,123.26 | |
| | Claim Type 7100-00 - General Unsecured 726(a)(2) | | | | | | | |
| 000001 | Verizon Wirless Midwest<br>AFNI Verizon Wirless<br>404 Brock Drive<br>Bloomington IL 61701 | Unsec | 070 | $1,039.93 *<br>$1,039.93 | $0.00 | $1,039.93 | $876.74 | $0.00 |
| | | | | Percent Paid: 84.30760 % | | | | |
| | Subtotal For Claim Type 7100-00 | | | $1,039.93 *<br>$1,039.93 | $0.00 | $1,039.93 | $876.74 | |
| Subtotals For Class Unsecured   84.30760 % | | | | $1,039.93 *<br>$1,039.93 | $0.00 | $1,039.93 | $876.74 | |

Case Number: 04-40809   EW  
Debtor Name: MORGE, DEBRA  
Page 2  
Date: May 13, 2008

| Claim # | Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $5,163.19<br>$5,163.19 | $0.00 | $5,163.19 | $5,000.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 04-40809 -EW | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | MORGE, DEBRA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1686  Interest earning MMA Account |
| Taxpayer ID No: | *******4221 | | |
| For Period Ending: | 09/04/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/06 | 1 | DEBRA MORGE<br>9410 S CLIFTON PARK AVE<br>EVERGREEN PARK, IL 60805-2113 | Installment on Sale of Real Estate | 1110-000 | 3,000.00 | | 3,000.00 |
| 03/25/06 | 1 | DEBRA MORGE | INSTALLMENT ON SALE OF REAL ESTATE | 1110-000 | 500.00 | | 3,500.00 |
| 03/25/06 | 1 | DEBRA MORGE | INSTALLMENT ON SALE OF REAL ESTATE | 1110-000 | 500.00 | | 4,000.00 |
| 03/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 2.60 | | 4,002.60 |
| 04/27/06 | 1 | Debra Morge | Installment Sale of Real Estate | 1110-000 | 500.00 | | 4,502.60 |
| 04/28/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.28 | | 4,505.88 |
| * 05/29/06 | 000101 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | | 2300-003 | | 3.38 | 4,502.50 |
| * 05/29/06 | 000101 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | VOID<br>Wrong Amount. | 2300-003 | | -3.38 | 4,505.88 |
| 05/30/06 | 000102 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | Bond Premium | 2300-000 | | 2.45 | 4,503.43 |
| 05/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.84 | | 4,507.27 |
| 06/30/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.70 | | 4,510.97 |
| 07/18/06 | 1 | Mark Morge | Sale of Real Estate - Installment | 1110-000 | 419.00 | | 4,929.97 |
| 07/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.97 | | 4,933.94 |
| 08/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.19 | | 4,938.13 |
| 09/29/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.05 | | 4,942.18 |
| 10/31/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.20 | | 4,946.38 |
| 11/30/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.07 | | 4,950.45 |
| 12/29/06 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.20 | | 4,954.65 |
| 01/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.21 | | 4,958.86 |
| | | | | Page Subtotals | 4,961.31 | 2.45 | |

LFORM24

Ver: 14.03b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 04-40809 -EW | | | Trustee Name: | Phillip D. Levey |
| Case Name: | MORGE, DEBRA | | | Bank Name: | BANK OF AMERICA |
| | | | | Account Number / CD #: | *******1686  Interest earning MMA Account |
| Taxpayer ID No: | *******4221 | | | | |
| For Period Ending: | 09/04/08 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 3.80 | | 4,962.66 |
| 03/30/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 4.21 | | 4,966.87 |
| 04/30/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 4.09 | | 4,970.96 |
| 05/08/07 | 000103 | International Sureties, Ltd. | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 4.75 | 4,966.21 |
| | | 203 Carondelet St.-Suite 500 | | | | | |
| | | New Orleans, LA  70130 | | | | | |
| 05/31/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 4.22 | | 4,970.43 |
| 06/29/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 4.08 | | 4,974.51 |
| 07/31/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 4.23 | | 4,978.74 |
| 08/31/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 4.23 | | 4,982.97 |
| 09/28/07 | 7 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 3.17 | | 4,986.14 |
| 10/31/07 | 7 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 3.18 | | 4,989.32 |
| 11/30/07 | 7 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 2.67 | | 4,991.99 |
| 12/31/07 | 7 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 2.39 | | 4,994.38 |
| 01/31/08 | 7 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 1.98 | | 4,996.36 |
| 02/29/08 | 7 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 1.19 | | 4,997.55 |
| 03/31/08 | 7 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 1.18 | | 4,998.73 |
| 04/30/08 | 7 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 1.02 | | 4,999.75 |
| 05/13/08 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.25 | | 5,000.00 |
| 05/13/08 | | Transfer to Acct #*******3108 | Final Posting Transfer | 9999-000 | | 5,000.00 | 0.00 |

Page Subtotals    45.89    5,004.75

Ver: 14.03b

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-40809 -EW | Trustee Name: | Phillip D. Levey |
| Case Name: | MORGE, DEBRA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1686 Interest earning MMA Account |
| Taxpayer ID No: | *******4221 | | |
| For Period Ending: | 09/04/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,007.20 | 5,007.20 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 5,000.00 | |
| | | | Subtotal | | 5,007.20 | 7.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,007.20 | 7.20 | |

Page Subtotals    0.00    0.00

Ver: 14.03b
LFORM24

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-40809 -FW | Trustee Name: | Phillip D. Levey |
| Case Name: | MORGE, DEBRA | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******3108 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4221 |  |  |
| For Period Ending: | 09/04/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/13/08 |  | Transfer from Acct #*******1686 | Transfer In From MMA Account | 9999-000 | 5,000.00 |  | 5,000.00 |
| 05/16/08 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 |  | 1,250.36 | 3,749.64 |
| 05/16/08 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 |  | 47.90 | 3,701.74 |
| 05/16/08 | 000103 | Phillip D. Levey |  | 3110-000 |  | 2,825.00 | 876.74 |
| 05/16/08 | 000104 | Verizon Wirless Midwest<br>AFNI Verizon Wirless<br>404 Brock Drive<br>Bloomington IL 61701 | Claim 000001, Payment 84.30760% | 7100-000 |  | 876.74 | 0.00 |

```
                                        COLUMN TOTALS                  5,000.00      5,000.00       0.00
                              Less: Bank Transfers/CD's                 5,000.00          0.00
                          Subtotal                                          0.00      5,000.00
                              Less: Payments to Debtors                                   0.00
                          Net                                               0.00      5,000.00

                                                                                        NET       ACCOUNT
                          TOTAL - ALL ACCOUNTS         NET DEPOSITS    DISBURSEMENTS    BALANCE
                Interest earning MMA Account - *******1686   5,007.20         7.20        0.00
         Checking Account (Non-Interest Earn - *******3108       0.00     5,000.00        0.00
                                                         -----------   -----------   -----------
                                                            5,007.20      5,007.20        0.00
                                                         ===========   ===========   ===========
                                                      (Excludes Account (Excludes Payments  Total Funds
                                                         Transfers)     To Debtors)     On Hand
```

Page Subtotals     5,000.00     5,000.00

Ver: 14.03b

LFORM24